**No. 50048.**—Protests 14211–K, etc., of Han-Ver Liquor Co. et al. (Baltimore, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50049.**—Protests 28786–K, etc., of Collin & Gissel et al. (Galveston, etc.).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

MARCH 2, 1945

**No. 50050.**—SUIT 4482.—
*United States* v. *Gulf Oil Corporation.* C. D. 837 affirmed January 4, 1945. C. A. D. 297.

BEFORE THE THIRD DIVISION, MARCH 10, 1945

**No. 50051.**—Protest 61779–K of Porters, Ltd. (Portland, Maine).

Opinion by CLINE, J. When the case was called for trial there was no appearance on the part of the plaintiff. An examination of the record failed to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's decision. The protest was therefore dismissed.

**No. 50052.**—Protests 67037–K, etc., of Fritzsche Bros., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50053.**—Protests 96708–K, etc., of Dodge & Olcott Co. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50054.**—Protests 973057–G, etc., of Philip Bauer Co., Inc., et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50055.**—Protests 982773–G, etc., of Dodge & Olcott Co. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.